UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICARDO JOSE LOPEZ, | Case No. 3:11-cv-00635-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel.

On July 20, 2015, the Office of the Federal Public Defender filed an *ex parte* supplemental brief regarding attorney-client conflicts between it and petitioner. (Dkt. no. 51.) Based on the nature of the conflict and in an abundance of caution, the Court finds the most appropriate course of action to be the appointment of alternate counsel to represent petitioner in this action.

It is therefore ordered that the Office of the Federal Public Defender is hereby released as counsel for petitioner.

It is further ordered that the Clerk of Court shall forward this order to the CJA Coordinator for this division. The CJA Coordinator shall identify a replacement CJA panel attorney and forward their name and address to the staff attorney assigned to the case. Thereafter, the Court will issue an order appointing the CJA panel attorney and setting further scheduling deadlines in this case.

DATED THIS 4th day of August 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE