UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICARDO JOSE LOPEZ,<br><br>　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:11-cv-00635-MMD-VPC<br><br>ORDER |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.

By order filed August 4, 2015, the Court released the Office of the Federal Public Defender as counsel for petitioner. (Dkt. no. 53.) On August 6, 2015, the Court appointed Mary Lou Wilson, Esq., a CJA panel attorney, to represent petitioner for the duration of this habeas corpus proceeding. (Dkt. no. 54) On August 20, 2015, Ms. Wilson made an appearance as counsel for petitioner. (Dkt. no. 55.) The Court now sets a schedule for further proceedings in this action.

It is therefore ordered that counsel for petitioner shall meet with petitioner as soon as reasonably possible, if counsel has not already done so, to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

It is further ordered that petitioner shall have sixty (60) days from the date of entry of this order, to file and serve on respondents a second amended petition for writ of habeas corpus, which shall include all known grounds for relief.

It is further ordered that respondents shall have forty-five (45) days following service of the second amended petition within which to answer, or otherwise respond to, the second amended petition.

It is further ordered that petitioner shall have forty-five (45) days following service of the answer to file and serve a reply brief. If a dispositive motion is filed in response to the second amended petition, the parties shall brief the motion in accordance with Local Rule 7-2.

It is further ordered that the parties shall send courtesy (paper) copies of all further exhibits filed in this action to the Reno Division of this Court. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label.

DATED THIS 25th day of August 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE