UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO JOSE LOPEZ,<br><br>Petitioner,<br>v.<br><br>RENEE BAKER.*et al.*,<br><br>Respondents. | Case No. 3:11-cv-00635-MMD-VPC<br><br>ORDER |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner seeks a third extension of time, up to and including October 17, 2016, to file the second amended petition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

It is therefore ordered that petitioner's motion for a third extension of time to file the second amended petition (ECF No. 64) is granted. The second amended petition shall be filed on or before October 17, 2016**.** No further extensions will be granted absent a showing of extraordinary circumstances.

DATED THIS 8th day of July 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE