UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICARDO JOSE LOPEZ,

Petitioner,

v.

FILSON, *et al.*,

Respondents.

Case No. 3:11-cv-00635-MMD-CBC

ORDER

On March 4, 2019, the Court received a letter from Petitioner seeking counsel to replace Mary Lou Wilson (ECF No. 96). The letter also indicates what appears to be Petitioner's current institutional address.

The Court has recently granted Ms. Wilson's motion to withdraw and appointed Petitioner new counsel. The Clerk of Court is therefore directed to send copies of the court orders withdrawing Ms. Wilson and appointing new counsel (ECF Nos. 93, 95) to Petitioner at the following address:

Ricardo Jose Lopez (#1908389 VDOC)
Sussex 1 State Prison
24414 Musselwhite Drive
Waverly, VA 23891

In light of Petitioner's letter indicating his current address, Respondents no longer need to inform the Court of his institutional placement unless it has changed since the time Petitioner sent his letter.

DATED THIS 5th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE