# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO JOSE LOPEZ,<br><br>　　　　　　Petitioner,<br>　　v.<br>FILSON, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:11-cv-00635-MMD-CLB<br><br>ORDER |

This habeas matter under 28 U.S.C. § 2254 having come before the Court on Petitioner Ricardo Jose Lopez's counsel's motion to withdraw as counsel (ECF No. 111), due to his acceptance of employment with the State.

Accordingly, for good cause shown, it is therefore ordered that the motion to withdraw (ECF No. 111) is granted, and that Thomas Qualls is withdrawn as counsel for Lopez.

It is further ordered that the Clerk of Court shall send a copy of this Order to Lopez in proper person, Ricardo Jose Lopez #1908389 VDOC, at the following address:

　　Ricardo Jose Lopez #1908389 VDOC
　　Sussex 1 State Prison
　　24414 Musselwhite Drive
　　Waverly, VA 23891

DATED THIS 15th Day of April 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE