UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO JOSE LOPEZ,<br><br>      Petitioner,<br> v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>      Respondents. | Case No. 3:11-cv-00635-MMD-CLB<br><br>ORDER |

Before the Court in this habeas matter is Petitioner Ricardo Jose Lopez's Emergency Motion to Amend or Alter the Judgment (ECF No. 125 ("Motion")), brought under Fed. R. Civ. P. 59 and 60. Respondents do not oppose the Motion (ECF No. 126).

Lopez requests the Court amend the judgment to allow jury selection in the retrial of Lopez's penalty hearing to commence no later than August 31, 2023, as Lopez's state defense counsel requires additional time to prepare for the retrial. (ECF No. 125.)

For good cause shown, and because Respondents do not oppose the Motion, the Court will grant the Motion under Fed. R. Civ. P. 60(b).

It is therefore ordered that Lopez's Emergency Motion to Alter or Amend the Judgment (ECF No. 125) is granted.

It is further ordered that Judgment (ECF No. 100) is modified to extend the deadline for the State to commence jury selection for Lopez's new penalty-phase hearing to August 31, 2023.

DATED THIS 14th Day of October 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE