UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO JOSE LOPEZ,<br><br>     Petitioner,<br> v.<br><br>RENEE BAKER, *et al.*,<br><br>     Respondents. | Case No. 3:11-cv-00635-MMD-CLB<br><br>ORDER |

  Before the Court in this habeas matter is Petitioner Lopez's Motion to Alter or Amend Judgment (ECF No. 130 ("Motion")) brought under Fed. R. Civ. P. 59 and 60. Respondents do not oppose the Motion.

  Petitioner requests the Court amend the judgment (ECF No. 100) to allow jury selection in the retrial of Petitioner's penalty hearing to commence no later than June 30, 2024, because the current trial date was vacated, the parties have experienced collective scheduling conflicts, and Petitioner's state defense counsel requires additional time to prepare for the retrial. (ECF No. 125 at 2.) For good cause shown, and because Respondents do not oppose the Motion, the Court will grant the Motion under Fed. R. Civ. P. 60.

  It is therefore ordered that Petitioner's Motion to Alter or Amend Judgment (ECF No. 130) is granted.

///

///

///

///

///

///

1 | The Clerk of Court is directed to further modify the judgment (ECF No. 100) to extend the deadline for the State to commence jury selection for Petitioner's new penalty-phase hearing to June 30, 2024.

DATED THIS 30th Day of August 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE