UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO JOSE LOPEZ,<br><br>　　　　　　　Petitioner,<br>v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:11-cv-00635-MMD-CLB<br><br>ORDER |

Before the Court is Petitioner's Unopposed Motion to Amend or Alter Judgment brought under Federal Rules of Civil Procedure 59 and 60. (ECF No. 137 ("Motion").) Respondents do not oppose the Motion.

Petitioner requests the Court amend the judgment to allow jury selection in the retrial of Petitioner's penalty hearing to commence no later than July 1, 2025, in order to accommodate the schedules of Petitioner's expert and the state trial court. (ECF No. 137 at 2.) For good cause shown, and because Respondents do not oppose the Motion, the Court will grant the Motion under Rule 60.

It is therefore ordered that Petitioner's Unopposed Motion to Amend or Alter Judgment (ECF No. 137) is granted.

The Clerk of Court is further directed to amend the judgment (ECF No. 135) to extend the deadline to commence jury selection to July 1, 2025.

DATED THIS 11th Day of December 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE