UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO JOSE LOPEZ,<br><br>                Petitioner,<br><br>     v.<br><br>RENEE BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:11-cv-00635-MMD-CLB<br><br>ORDER |

Before the Court in this habeas matter is Petitioner's Motion to Alter or Amend Judgment (ECF No. 142) brought under the Federal Rules of Civil Procedure 59 and 60. Respondents do not oppose the motion.

Petitioner requests the Court amend the judgment to allow jury selection in the retrial to commence no later than October 1, 2026, because of the need to obtain records and other scheduling conflicts. (ECF No. 142 at 2.) For good cause shown, the Court will grant the motion. *See* Fed. R. Civ. P. 60.

It is therefore ordered that Petitioner's Motion to Alter or Amend Judgment (ECF No. 142) is granted.

It is further ordered that Judgment (ECF No. 100) is modified to extend the deadline for the State to commence jury selection to October 1, 2026.

DATED THIS 12th Day of January, 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE