UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICARDO JOSE LOPEZ,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:11-cv-00635-MMD-CLB

ORDER

Before the Court in this closed habeas matter is Petitioner's Motion to Alter or Amend Judgment (ECF No. 145 ("Motion")) brought under Federal Rules of Civil Procedure 59 and 60. Respondents do not oppose the motion.

Lopez requests the Court amend the judgment to allow jury selection in the retrial to commence no later than April 30, 2027, due to scheduling conflicts. (ECF No. 145 at 2.) For good cause shown, the Court grants the Motion. *See* Fed. R. Civ. P. 60.

It is therefore ordered that Petitioner's Motion to Alter or Amend Judgment (ECF No. 145) is granted.

It is further ordered that Judgment (ECF No. 100) is modified to extend the deadline for the State to commence jury selection to April 30, 2027.

DATED THIS 20th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE